**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Eagle Operating, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION** |
| | ) | **AND GRANTING PLAINTIFF'S** |
| vs. | ) | **MOTION TO REMAND** |
| | ) | |
| Cameron Manufacturing, Corp., | ) | Case No. 4:07-cv-017 |
| | ) | |
| Defendant. | ) | |

On September 10, 2007, the Plaintiff filed a motion to remand to state court, as well as a stipulation to remand. See Docket Nos. 11 and 13. The Plaintiff calculated its damage claim against the Defendant to be $60,849.08 which is less than the requisite "amount in controversy" required under 28 U.S.C. § 1332(a). Therefore, the parties have agreed that this Court lacks subject matter jurisdiction and have further agreed that an award of costs and expenses, including attorney's fees under 28 U.S.C. § 1447(c), is not warranted.

The Court **ADOPTS** the stipulation (Docket No. 13) in its entirety and **GRANTS** the Plaintiffs' motion to remand. (Docket No. 11). The Court **REMANDS** the case to Ward County District Court, Northwest Judicial District, State of North Dakota.

**IT IS SO ORDERED.**

Dated this 11th day of September, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court

1